**Vincent Frank GULOTTA, Jr.,
Plaintiff–Appellant**

**Nancy E. Gulotta, Plaintiff**

**v.**

**BANK OF AMERICA, N.A.; Federal
National Mortgage Association,
Defendants–Appellees.**

**Millsap & Singer, P.C., Defendant.**

**No. 14–1585.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 8, 2014.

Filed: Oct. 10, 2014.

Vincent Frank Gulotta, Jr., Kansas City, MO, pro se.

Lauren Anne Horsman, James D. Lawrence, Thomas E. Nanney, Bryan & Cave, Kansas City, MO, for Defendants-Appellees.

Before WOLLMAN, BYE, and SMITH, Circuit Judges.

PER CURIAM.

Vincent Gulotta appeals following the district court's [1] dismissal of his action as

---

1. The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.

1. The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.

barred by judicial estoppel. Following careful review of the record and those arguments of the parties on appeal that are properly before us, we conclude that, for the reasons explained in the district court's order, the court did not abuse its discretion in dismissing the action. *See Stallings v. Hussmann Corp.*, 447 F.3d 1041, 1046 (8th Cir.2006) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.